UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **Lovey L Lewis-Robinson,** an) Individual; ) ) Plaintiff, V. Experian Information Services ) Defendants, | Civil No. 04-1292-**GMS** |

FILED
2005 MAR -3 AM 11: 37
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE

## MOTION FOR AUTHORIZATION TO FILE ELECTRONICALLY

Plaintiff hereby request the Court move to and permit Plaintiff to file electronically all necessary documents required for the above-mentioned case.

Lovey L Lewis Robinson
41 Decidedly Lane
Bear, DE 19701
(302) 838-2237
Pro Se

Dated: March_____, 2005

IT IS SO ORDERED.

_____

United States District Judge

Dated: March_____, 2005