AO 88 (Rev. 1/94) Subpoena in a Civil Case

## Issued by the
## UNITED STATES DISTRICT COURT

DISTRICT OF __MINNESOTA__

LOVEY L. LEWIS ROBINSON

V.

EXPERIAN INFORMATION SERVICES

**SUBPOENA IN A CIVIL CASE**

CASE NUMBER: 04 - 1292 - GMS

US DISTRICT COURT OF DELAWARE

TO: JEFFERSON CAPITAL

☐ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
| --- | --- |
|  |  |
|  | DATE AND TIME |
|  |  |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
| --- | --- |
|  |  |

☒ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

ALL DOCUMENTATION AND INFORMATION PERTAINING TO ACCT# 6031806003938495.

| PLACE | DATE AND TIME BY: |
| --- | --- |
| 41 DECIDEDLY LANE, BEAR, DE 19701 | MARCH 23, 2005 |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
| --- | --- |
|  |  |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
| --- | --- |
| [signature] | 2-27-05 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER

RICHARD D. SLETTEN

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on Reverse)

If action is pending in district other than district of issuance, state district under case number.

AO88 (Delaware Rev. 7/00) Subpoena in a Civil Case

## PROOF OF SERVICE

|  | DATE | PLACE |
|---|---|---|
| SERVED | MARCH 1, 2005 | 16 MCCLELAND RD, ST CLOUD, MN<br>STEARNS COUNTY SHERIFF |

| SERVED ON (PRINT NAME) | MANNER OF SERVICE |
|---|---|
| DEBRA MURPHY, DIRECTOR | JEFFERSON CAPITAL |

| SERVED BY (PRINT NAME) | TITLE |
|---|---|
| ANDREW C. ROSE | DEPUTY SHERIFF |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

PLEASE SEE ATTACHED CERTIFICATE OF SERVICE FOR THIS OUT-OF-STATE SUBPOENA.

Executed on _____          _____
              DATE                            SIGNATURE OF SERVER

                                              _____
                                              ADDRESS OF SERVER

Rule 45, Federal Rules of Civil Procedure, Parts C & D:

(c) PROTECTION OF PERSONS SUBJECT TO SUBPOENAS.

(1) A party or an attorney responsible for the issuance and service of a subpoena shall take reasonable steps to avoid imposing undue burden or expense on a person subject to that subpoena. The court on behalf of which the subpoena was issued shall enforce this duty and impose upon the party or attorney in breach of this duty an appropriate sanction which may include, but is not limited to, lost earnings and reasonable attorney's fee.

(2) (A) A person commanded to produce and permit inspection and copying of designated books, papers, documents or tangible things, or inspection of premises need not appear in person at the place of production or inspection unless commanded to appear for deposition, hearing or trial.

(B) Subject to paragraph (d) (2) of this rule, a person commanded to produce and permit inspection and copying may, within 14 days after service of subpoena or before the time specified for compliance if such time is less than 14 days after service, serve upon the party or attorney designated in the subpoena written objection to inspection or copying of any or all of the designated materials or of the premises. If objection is made, the party serving the subpoena shall not be entitled to inspect and copy materials or inspect the premises except pursuant to an order of the court by which the subpoena was issued. If objection has been made, the party serving the subpoena may, upon notice to the person commanded to produce, move at any time for an order to compel the production. Such an order to comply production shall protect any person who is not a party or an officer of a party from significant expense resulting from the inspection and copying commanded.

(3) (A) On timely motion, the court by which a subpoena was issued shall quash or modify the subpoena if it

(i) fails to allow reasonable time for compliance,

(ii) requires a person who is not a party or an officer of a party to travel to a place more than 100 miles from the place where that person resides, is employed or regularly transacts business in person, except that, subject to the provisions of clause (c) (3) (B) (iii) of this rule, such a person may in order to attend

trial be commanded to travel from any such place within the state in which the trial is held, or

(iii) requires disclosure of privileged or other protected matter and no exception or waiver applies, or

(iv) subjects a person to undue burden.

(B) If a subpoena

(i) requires disclosure of a trade secret or other confidential research, development, or commercial information, or

(ii) requires disclosure of an unretained expert's opinion or information not describing specific events or occurrences in dispute and resulting from the expert's study made not at the request of any party, or

(iii) requires a person who is not a party or an officer of a party to incur substantial expense to travel more than 100 miles to attend trial, the court may, to protect a person subject to or affected by the subpoena, quash or modify the subpoena, or, if the party in who behalf the subpoena is issued shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship and assures that the person to whom the subpoena is addressed will be reasonably compensated, the court may order appearance or production only upon specified conditions.

(d) DUTIES IN RESPONDING TO SUBPOENA

(1) A person responding to a subpoena to produce documents shall produce them as they are kept in the usual course of business or shall organize and label them to correspond with the categories in the demand.

(2) When information subject to a subpoena is withheld on a claim that it is privileged or subject to protection as trial preparation materials, the claim shall be made expressly and shall be supported by a description of the nature of the documents, communications, or things not produced that is sufficient to enable the demanding party to contest the claim.

STATE OF MINNESOTA  } ss.
COUNTY OF STEARNS  }

## CERTIFICATE OF SERVICE

I hereby certify that on the ___1ST___ day of ___MARCH___, 20_05_, at _1145_ AM/PM at ___16 MCCLELAND ROAD___, in the City/Twp. of ___ST CLOUD___, in the County of Stearns, State of Minnesota, I duly served the following:

- ___ Summons and Complaint
- ___ Summons and Complaint in Unlawful Detainer
- ___ Order to Show Cause
- ___ Notice of Motion
- ___ Motion
- ___ Affidavit
- ___ Summons and Petition
- ___ Order
- ___ Notice of Hearing

- ___ Order for Relief, Affidavit and Petition
- ___ Harassment Order-Final
- ___ Request for Production of Documents and/or Statements
- ___ Notice of Mortgage Foreclosure Sale
- ___ Homestead Designation Notice
- ___ Separate Tract Notice

- ___ Ex Parte Temporary Order for Protection; Affidavit and Petition
- ___ Order for Protection Following Hearing
- ___ Writ of Recovery
- ___ Interrogatories
- ___ Notice of Cancellation of Contract for Deed
- ___ Garnishment Summons
- XXX Subpoena

___OTHER: _____

UPON THE FOLLOWING PARTY: ___JEFFERSON CAPITAL___

_XX_ By **personally** leaving a copy with ___DEBRA MURPHY, DIRECTOR___

___ By leaving a copy at the place of _____'s usual abode with _____, a person of suitable age and discretion then residing therein.

___ I left with _____ personally the sum of $_____ (garnishment fees) / (witness fees).

## CERTIFICATE OF VACANCY

___ I hereby certify that on the ___ day of _____, 20__, this officer went upon the land and premises described as: _____ for the purpose of serving said persons in possession thereof; and that on said date, and for an unknown time prior to, all said land was and had been wholly vacant and unoccupied.

## CERTIFICATE OF UNSERVED PROCESS

The attached process is returned for the following reason(s):

- ___ Person Unknown at Address
- ___ No Such Address
- ___ Person Moved, New Address Unknown
- ___ Unable to Get Response

Sheriff's Fee $ _30.00_
Travel      $ _5.00_
Total       $ _35.00_

JOHN SANNER, SHERIFF OF STEARNS COUNTY
By: _[signature]_
Deputy Sheriff
Date: ___MARCH 1, 2005___    (ANDREW C ROSE)

#221-7775 (Rev. 10/95)