IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

LOVEY L. LEWIS-ROBINSON, an individual,   )
                                          )
                                          )
                    Plaintiff,            )
                                          )    Civil Action No. 04-1292-GMS
         vs.                              )
                                          )
EXPERIAN INFORMATION SERVICES,            )
                    Defendant.            )
                                          )

**STIPULATION OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED by the parties hereto, subject to the approval of the Court, that the above-captioned action is dismissed with prejudice pursuant to Fed. R. Civ. P. 41. Each party to this action will bear its own costs and attorneys' fees.

_____
Lovey L. Lewis' Robinson
41 Decidedly Lane
Bear, DE 19701
(302) 838-2237
Pro Se Plaintiff

Dated: March ____, 2005

_____
Chad M. Shandler (#3796)
Richards, Layton & Finger, P.A
P.O. Box 551
Wilmington, DE 19899
(302) 651-7700
shandler@rlf.com
Attorney for Defendant Experian Information Services

Dated: March 8, 2005

SO ORDERED THIS _____ DAY OF _____, 2005

_____
United States District Judge

RLF1-2849120-1

## CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of March, 2005, a copy of the foregoing Stipulation was served via federal express, postage prepaid, upon the following:

Chad M. Shandler (# 3796)
Richards, Layton & Finger, P.A.
920 North King Street
Wilmington, DE 19801
(302) 651-7836
Attorney for Defendant
Experian Information Solutions, Inc.

Lovey L. Lewis Robinson
41 Decidedly Lane
Bear, DE 19701
(302) 838- 2237
**Pro Se Plaintiff**