OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

DATE: August 11, 2005

TO: Lovey L. Lewis-Robinson

RE: CA# 04-1292 GMS  CASE CAPTION: Lewis-Robinson v. Experian Information Systems

DOCUMENT TITLE: Motion to Amend Complaint and Join Party

As noted below, a document or a courtesy copy has been filed in the above noted case which *does not conform* to one or more of the Administrative Procedures Governing Filing and Service by Electronic Means, or other local rules/practices. **The Court will take no action on the filed document until the following discrepancies are corrected:**

☐ Copy must be properly bound. Rubber bands and binder clips are not acceptable bindings (e.g. Brief, Appendix).

☐ Courtesy copy not received by next business day.

☐ Redacted copy of sealed document not received within 5 business days.

☐ Pro Hac Vice fee not yet paid.

☐ The attorney account used for filing a document does not agree with the signature (either electronic or /s/) on the document.

☐ Certificate of Service not included with the document.

☐ Discovery document(s) erroneously filed: DI# _____ will be removed from the docket.

☐ 7.1.1 statement required with non-dispositive motions was not included with the document.

☐ Request for extension of discovery or trial deadline lacks proof of notification to the client, or lacks the reasons for the request.

☐ Brief exceeds the page limitations _____.

☐ Brief does not include a paginated table of contents/citations.

☐ Diskette or CD exceeds 2.5 megabytes. Please divide document into multiple files that do not exceed the size limitation and resubmit to the Clerk's Office for filing.

☐ Document not in PDF format. Provide disk/CD with document in PDF format.

☐ Document not readable in PDF reader, or ☐ appears to be missing pages.

X Other: **The Motion to Amend Complaint and Join Party does not comply with Delaware Local Rule 15.1 (copy attached).**

If there are any questions concerning this matter, please do not hesitate to contact this office. Also, *ECF Tips* on our web site may be of interest to you, viewable at **http:www.ded.uscourts.gov**.

cc:  Assigned Judge

(Rev. 5/05)

*Marie McDavid*
Deputy Clerk

**RULE 15.1.  Form of a Motion to Amend and Its Supporting Documentation.**

A party who moves to amend a pleading shall attach the pleading as amended, and one copy, to the motion.  In addition, the motion shall include a form of the amended pleading which shall indicate in what respect it differs from the pleading which it amends, by bracketing materials to be deleted and underlining materials to be added.  Any amendment to a pleading, whether filed as a matter of course or upon a motion to amend, must, except by leave of Court, reproduce the entire pleading as amended, and may not incorporate any prior pleading by reference.  A failure to comply with this rule is not grounds for denial of the motion.  The amended pleading shall be deemed filed as of the date of an order allowing the amendment, unless the order otherwise provides.

*Source:  Model Local Rule 15.1 with additions from former Delaware Local Rule 3.2G(2) and other revisions.*