# RICHARDS, LAYTON & FINGER

A PROFESSIONAL ASSOCIATION
ONE RODNEY SQUARE
920 NORTH KING STREET
WILMINGTON, DELAWARE 19801
(302) 651-7700
FAX (302) 651-7701
WWW.RLF.COM

CHAD M. SHANDLER
DIRECTOR

DIRECT DIAL NUMBER
302-651-7836
SHANDLER@RLF.COM

September 8, 2005

**VIA E-FILE AND HAND DELIVERY**
The Honorable Gregory M. Sleet
United States District Court
844 North King Street, Lock Box 19
Wilmington, Delaware 19801

Re:   Lovey L. Lewis-Robinson v. Experian Information Services
      C.A. No. 04-1292-GMS

Dear Judge Sleet:

I represent Experian Information Solutions, Inc. ("Experian") in the above-referenced case. Plaintiff and Experian entered into a Settlement Agreement in March 2005, over six months ago. Experian has fulfilled all of its obligations under the Settlement Agreement. A short time after the Settlement Agreement was executed, Plaintiff and Experian signed a Stipulation of Dismissal With Prejudice, a copy of which is attached hereto. Pursuant to Fed. R. Civ. P. 41(a)(1), upon execution of the Stipulation by the parties, all claims against Experian were dismissed. Notwithstanding Plaintiff's execution of the Settlement Agreement and Stipulation of Dismissal, Plaintiff has continued to prosecute her case against Experian, recently filing a Third Amended Complaint which names Experian as a defendant and lists causes of action against Experian.

To clear up any confusion as to the appropriate parties still litigating this case, Experian respectfully requests that this Court issue an order dismissing all claims asserted against Experian with prejudice. Counsel is available at Your Honor's convenience should the Court have any questions.

Respectfully,

Chad M. Shandler

CS:ps
Enclosure
Cc:   Lovey L. Lewis-Robinson w/ enclosure (via U.S. Mail)

RLF1-2918657-1
RLF1-2919544-1