IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

LOVEY L. LEWIS-ROBINSON,       )
                              )
                Plaintiff,     )
                              )
        v.                     )        Civil No. 04-1292-GMS
                              )
FINGERHUT,                     )
                              )
                Defendant.     )

**ORDER**

WHEREAS, the plaintiff, represented by counsel,  was allowed to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915 (D.I. 5);

WHEREAS, the plaintiff Lovey L. Lewis-Robinson initially brought this action against Experian;

WHEREAS, the plaintiff and Experian filed a stipulation of dismissal with prejudice on March 10, 2005 (D.I. 16);

WHEREAS, on September 19, 2005, the plaintiff, proceeding *pro se,* filed a third amended complaint against a new defendant, Fingerhut (D.I. 21);

WHEREAS, the plaintiff failed to effect service on Fingerhut within 120 days after the filing of the third amended complaint as required by Fed. R. Civ. P. 4(m);

WHEREAS, no action has been taken in this matter by the plaintiff for a period of at least three months;

THEREFORE, at Wilmington this __9th__ day of March, 2006,  IT IS HEREBY ORDERED that the plaintiff's third amended complaint is DISMISSED WITHOUT PREJUDICE for failure to serve pursuant Fed. R. Civ. P. 4(m) and for inaction pursuant to D.

Del. L.R. 41.1 (1995).



UNITED STATES DISTRICT JUDGE

**FILED**

MAR    9  2006

**U.S. DISTRICT COURT
DISTRICT OF DELAWARE**